AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Western District of Texas

**FILED**
January 04, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: __MG CIENEGA__
DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Ignacio Antonio Valencia-Patricio | ) | Case No. |
| | ) | |
| | ) | **DR:24-M-48** |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 3, 2024__ in the county of __Maverick__ in the __Western__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(5)(A) | Alien in possession of firearms and ammunition |

This criminal complaint is based on these facts:

Ignacio Antonio Valencia-Patricio, an illegal alien, was found to be in possession of three firearms and assorted ammunition.

☑ Continued on the attached sheet.

*Complainant's signature*

Darren Johnson, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __01/04/2024__

*Judge's signature*

City and state:  __Del Rio, Texas__      Joseph Cordova, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

On January 03, 2024, at approximately 09:30 A.M., United States Border Patrol agents assigned to the Eagle Pass Border Patrol North Station encountered and arrested a Mexican national identified as Ignacio Antonio VALENCIA-Patricio (hereinafter VALENCIA) near Normandy, a town in Maverick County, Texas. At the time of the arrest VALENCIA was in possession of three firearms and approximately 109 rounds of assorted ammunition. Border Patrol Agents determined that VALENCIA was an illegal alien unlawfully present in the United States.

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) assisted Border Patrol with the investigation and identified the firearms as follows:

- Mauser, Model DSM34, .22 caliber rifle bearing serial number 3474.
- Mauser, Model M98, 7.92x57 millimeter rifle bearing serial number 6849.
- Harrington & Richardson, Model Topper 158, 12-gauge shotgun bearing serial number AG218408.

At approximately 2:16 P.M. ATF along with Homeland Security Investigations interviewed VALENCIA at the Border Patrol South Station. After advisement of rights and waiver, VALENCIA told agents that he entered the United States from El Moral, Mexico by wading across the Rio Grande River. VALENCIA stated that he entered the United States at approximately 9:00 P.M. yesterday, did not have documentation, and was illegally present in the United States.

VALENCIA told agents that at about 1:50 A.M. today, he forcefully entered a residence, white in color house, by kicking in the front door. VALENCIA stated that he grabbed a hammer, and then pried open a gun safe. VALENCIA stated that he grabbed the firearms and ammunition from the gun safe and took other items from inside the residence. VELENCIO stated that he left the residence and then walked for a few hours until he decided to rest by a tree. VALENCIA stated that he took a nap, and when he woke up Border Patrol Agents found him by the tree.

Furthermore, VALENCIA stated that he was going to take the firearms, ammunition, and other stolen property to El Moral, Mexico. VALENCIA stated he knows he cannot possess firearms and ammunition. Preliminary examination of the firearms determined that the firearms were manufactured outside the state of Texas and therefore affecting interstate commerce.

_____ January 4, 2023
Darren Johnson
Special Agent
Bureau of Alcohol, Tobacco, Firearms & Explosives (ATF)

Sworn to before me, and subscribed in my presence,

Joseph Cordova
United States Magistrate Judge
Western District of Texas